# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON DWIGHT LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD GROSS, et al.<br><br>        Defendants. | Case No. CV 12-04018-R (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that this action be dismissed with prejudice.

DATED: September 11, 2013

                                              MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE